UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LADARIUS DEJUAN LEE**                                                    **PLAINTIFF**

V.                              **CASE NO. 3:15-CV-00171-BSM/BD**

**CRAIGHEAD COUNTY SHERIFF'S**                                **DEFENDANTS**
**DEPT., et al.**

## RECOMMENDED DISPOSITION

**I.   Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Brian S. Miler.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.   Discussion:**

Plaintiff LaDarius Dejuan Lee filed this lawsuit on June 18, 2015.  (Docket entry #1)  Mr. Lee was ordered to submit a completed IFP application or pay the filing fee within 30 days of July 1, 2015.  (#2)  To date, he has failed to comply with the Court's July 1, 2015 Order, and the time for doing so has passed.  The Court specifically cautioned Mr. Lee that his claims could be dismissed if he failed to comply with the

Court's Order.

## III.   Conclusion:

The Court recommends that Mr. Lee's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's July 1, 2015 Order.

IT IS SO ORDERED, this 4th day of August, 2015.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```