UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LADARIUS DEJUAN LEE**                                            **PLAINTIFF**

v.                      **CASE NO. 3:15CV00171 BSM**

**CRAIGHEAD COUNTY SHERIFF'S
DEPT., et al.**                                                           **DEFENDANTS**

## ORDER

The recommended disposition ("RD") filed by United States Magistrate Judge Beth Deere has been reviewed. No objection has been filed. After careful consideration, the RD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that Ladarius Dejuan Lee's case is dismissed without prejudice for failure to comply with court's order.

IT IS SO ORDERED this 10th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE